IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLES EARL STOGSDILL, et al.                                                    PLAINTIFFS

VS.                                        Case No. 01-CV-4093

HEALTHMARK PARTNERS, L.L.C.
d/b/a Arkansas Nursing and Rehabilitation
Center                                                                             DEFENDANT

# ORDER

  Before the Court is Defendant's Motion for Release of Bond Obligation, Entry of Partial Satisfaction of Judgment, and Enforcement of Settlement Agreement. (Doc. 157) Plaintiffs have responded. (Doc. 159) On this date, the Court held a hearing on the motion. Plaintiffs filed the Partial Satisfaction of Judgment on March 2, 2006. (Doc. 158) Therefore, the Court finds the part of Defendant's motion requesting entry of the partial satisfaction of judgment should be and hereby is **granted.** After reviewing the parties arguments with respect to the release of the bond (Doc. 119) filed in this case, the Court finds Defendant's motion should be and hereby is **granted.** The Court orders the bond hereby released. With respect to Defendant's request for $29,000 from Plaintiffs representing the bonds premium and request for $3,000 in attorneys fees, the Court will hold this portion of the motion in abeyance with hopes the parties can amicably resolve this part of the motion.

  IT IS SO ORDERED, this 23rd day of March, 2006.

                   /s/ Harry F. Barnes
                   Hon. Harry F. Barnes
                   U.S. District Court